AO 91 (Rev. 11/11) Criminal Complaint

FILED

2018 MAR 30 AM 7: 59

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>KELLAND JAMIESON WRIGHT<br>*Defendant(s)* | Case No.<br>3:18MJ5087 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  3/15/2018-3/16/2018  in the county of  Lucas  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 USC 5861(d) | Possession of an Unregistered Firearm |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

William Noon, Task Force Officer
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: Mar 29, 2018

*Judge's signature*

City and state:  Toledo, Ohio

James R. Knepp, II, U.S. Magistrate Judge
*Printed name and title*