FILED

2018 APR -4 PM 12:41

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | 3:18CR162 |
| v. | ) | CASE NO._____ |
| | ) | Title 26, Section 5861(d), |
| KELLAND JAMIESON WRIGHT, | ) | United States Code |
| | ) | **Judge James G. Carr** |
| Defendant. | ) | |
| | | **Magistrate Judge James R. Knepp II** |

COUNT 1
(Possession of an Unregistered Short-barreled Rifle, in violation of 26 U.S.C. § 5861(d))

The Grand Jury charges:

On or about March 16, 2018, in the Northern District of Ohio, Western Division, the Defendant, KELLAND JAMIESON WRIGHT, knowingly possessed a firearm, as defined in 26 U.S.C. 5845(a)(3), to wit: a Sharps Bros. AR-15 pistol, model The Jack, bearing serial number JACK12022, modified to have a shoulder stock affixed and a fore grip affixed, and with a barrel length of approximately 9 and 7/8 inches, which was not registered to him in the National Firearms Registration and Transfer Record; all in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

