FILED
2018 JUL 11 PM 3:58
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **SUPERSEDING** |
| ) | **INDICTMENT** |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:18CR162 |
| ) | Title 26, Section 5861(d), |
| KELLAND JAMIESON WRIGHT, ) | United States Code |
| ) | |
| Defendant. ) | |

3:18 CR 162
JUDGE CARR
MAG. JUDGE KNEPP

COUNT 1
(Possession of an Unregistered Short-barreled Rifle, in violation of 26 U.S.C. § 5861(d))

The Grand Jury charges:

On or about March 16, 2018, in the Northern District of Ohio, Western Division, the Defendant, KELLAND JAMIESON WRIGHT, knowingly possessed a firearm, as defined in 26 U.S.C. 5845(a)(3), to wit: a Sharps Bros. AR-15 pistol, model The Jack, bearing serial number JACK12022, modified to have a shoulder stock affixed and a fore grip affixed, and with a barrel length of approximately 9 and 7/8 inches, which was not registered to him in the National Firearms Registration and Transfer Record; all in violation of Title 26, United States Code, Section 5861(d).

FORFEITURE

The Grand Jury further charges:

The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant, Kelland Wright, shall forfeit to the United States all property involved in the commission of the violation charged in Count 1; including, but not limited to: a Sharps Bros. AR-15 pistol, model

ORIGINAL

The Jack, bearing serial number JACK12022, modified to have a shoulder stock affixed and a fore grip affixed, and with a barrel length of approximately 9 and 7/8 inches.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.