IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR162 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| KELLAND JAMIESON WRIGHT, | ) | UNITED STATES OF AMERICA'S |
| | ) | EXHIBIT LIST |
| Defendant. | ) | |

| Exhibit No. | Description |
|---|---|
| 1 | Photo of Firearm Right Side |
| 2 | Photo of Firearm Left Side |
| 3 | Photo Receiver Right Side |
| 4 | Photo Receiver Left Side |
| 5 | Photo Overall Length Measurement Front |
| 6 | Photo Overall Length Measurement Back |
| 7 | Photo Overall Length Measurement Firearm |
| 8 | Photo Barrel Length Measurement 1 |
| 9 | Photo Barrel Length Measurement 2 Close Up |
| 10 | Photo Barrel Length Measurement 3 |
| 11 | Photo Length of Pull Measurement Full Length |
| 12 | Photo Length of Pull Measurement Stock Close Up |
| 13 | Photo Length of Pull Measurement Trigger Close Up |
| 14 | Photo Scope |
| 15 | Photo Light 1 |
| 16 | Photo Light 2 |
| 17 | Photo Mount 1 |
| 18 | Photo Mount 2 |
| 19 | Photo Mount 3 |
| 20 | Photo Suppressor |
| 21 | Photo Harness |
| 22 | Photo Harness 2 |
| 23 | Photo Maxim Defense Brand Extension w Rubber Pad |

| 24 | Photo Collapsed Maxim Defense Brand Extension |
|---|---|
| 25 | Photo Collapsed Extension Connector |
| 26 | Photo Rubber Pad w Black Cord |
| 27 | Photo Stark Brand Foregrip |
| 28 | Photo Stark Brand Foregrip Left Side |
| 29 | Photo Stark Brand Foregrip Handled |
| 30 | Photo Foregrip Connector |
| 31 | Photo Receiver Marking for Spikes Tactical |
| 32 | Photo Receiver Marking for Sharps Bros |
| 33 | Photo Receiver Marking Safety 2 |
| 34 | Photo Receiver Marking Safety |
| 35 | Photo Blackbeard Marking |
| 36 | Photo Part Marking Deus Vult |
| 37 | Photo Part Marking Psalm Passage |
| 38 | Photo Part Marking Psalm Passage |
| 39 | Photo Part Marking |
| 40 | Photo Part Marking 300 BLACKOUT |
| 41 | Photo Trigger |
| 42 | Photo Fire Control Parts 2 |
| 43 | Photo Fire Control Parts 3 |
| 44 | Photo Fire Control Parts 4 |
| 45 | Photo TPD Officer Holding Firearm with One Hand |
| 46 | Photo TPD Officer Holding Firearm with Two Hands |
| 47 | Photo TPD Officer Shouldering Firearm |
| 48 | PHYSICAL EXHIBIT AR with Short Barrel |
| 49 | PHYSICAL EXHIBIT 300 BLK Mag 1 |
| 50 | PHYSICAL EXHIBIT 300 BLK Mag 2 |
| 51 | PHYSICAL EXHIBIT 300 BLK Ammo Box |
| 52 | PHYSICAL EXHIBIT 45 round mag |
| 53 | PHYSICAL EXHIBIT MP Rifle |
| 54 | PHYSICAL EXHIBIT Blue Ribbon Cert |
| 55 | Eisenbise Report and SOQ |
| 56 | Vasquez-Defense Expert Report |
| 57 | 1348-1427 Burris Catalog 2018 |
| 58 | 1432-1436 Maxim Defense AR15 CQB Pistol Ext |
| 59 | 1438-1446 773060-18-0077--Kelland Wright--Claim-Cost Bond |
| 60 | Video of Search |
| 61 | ATF Trace Report |

Respectfully submitted,

Justin E. Herdman
United States Attorney

By:   /s/ Noah P. Hood
Noah P. Hood (MI: P75564)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
Tel.: (419) 259-6376
Fax: (419) 259-6360
noah.hood@usdoj.gov

/s/ Jody L. King
Jody L. King (OH: 0094125)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, Ohio 43604
Tel.: (419) 259-6376
Fax: (419) 259-6360
jody.king@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2018 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Noah P. Hood
Noah P. Hood
Assistant U.S. Attorney

3