s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:18-CR-00162 |
| Plaintiff, | : | HON. JAMES G. CARR |
| vs. | : | **DEFENDANT'S AMENDED EXHIBIT LIST** |
| Kelland Wright, | : | |
| Defendant. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Defendant Kelland Wright hereby provides the following list of potential exhibits:

| <u>No.</u> | <u>Description</u> |
|---|---|
| N/A | PHYSICAL EXHIBIT AR-15 Pistol Identified in Indictment |
| 101 | Picture of Firearm 1 |
| 102 | Picture of Firearm 2 |
| 103 | Picture of Firearm 3 |
| 104 | Picture of Firearm 4 |
| 105 | Picture of Firearm 5 |
| 106 | Picture of Firearm 6 |
| 107 | Kelland Wright Form DD-214 |
| 108 | YouTube - Ultimate Guide to Short Barreled Rifles and Shotguns |
| 109 | Video - Ultimate Guide to Short Barreled Rifles and Shotguns - The Legal Brief! |
| 110 | YouTube - Ultimate Guide to AR Pistols - The Legal Brief! |
| 111 | Video - Ultimate Guide to AR Pistols - The Legal Brief! |
| 112 | YouTube - Can you legally shoulder Sig Arm Brace |

4577608 .1

| No. | Description |
|---|---|
| 113 | Video - Can you legally shoulder Sig Arm Brace - The Legal Brief! |
| 114 | YouTube - OMG The Sig Brace is Legal Again |
| 115 | Video - OMG! THE SIG BRACE IS LEGAL AGAIN - The Legal Brief! |
| 116 | RecoilWeb.com - PDW Stock Buyers Guide |
| 117 | MajorPandemic.com - PWS MOD2 MK107 AR15 Pistol Review |
| 118 | ATF Letter 302787 (December 18, 2014) |
| 119 | Maxim Defense Website - Maxim CQB Pistol EXC for AR15 |
| 120 | Maxim Defense Marketing Photo |
| 121 | May 11, 2017 Maxim Defense Invoice |
| 122 | AR15.com February 11, 2011 Post |
| 123 | AR15.com August 24, 2011 Post |
| 124 | AR15.com September 14, 2011 Post |
| 125 | TheSamsonArmory.com - Maxim CQB Pistol EXEC for AR15 |
| 126 | MSRArms.com - Maxim Defense CQB Pistol EXC (Options) |
| 127 | BallisticApparatus.com - CQB AR15 Pistol EXC Stock Cheek Brace |
| 128 | Firearms4Less.com - Maxim CQB Pistol EXC for AR15 |
| 129 | 2ndAmendmentWholesale.com - PWS MK1 Mod 2 Pistol - Black  .223 Wylde 11.85 Barrel 10 PicMod Rail |
| 130 | RV1 PrepperGunShop.com - CZ Scorpion EVO |
| 131 | RV2 AR 15 Pistol Folding Arm Brace for Sale Google Search |
| 132 | RV3 ThordsenCustomers.com - AR-AK Enhanced Pistol Cheek Rest Kit WMFT Saddle (Black) - Cheek Rest Kits |
| 133 | RV4 PrepperGunShop.com - SB Tactical Arm Brace GALIL STYLE Black AR Pistol Stabilizing Brace - AR Bra |
| 134 | RV5 PrepperGunShop.com - SB Tactical Arm Brace PSG KIT Black AR Pistol Stabilizing Brace (non-functio |
| 135 | RV6 PrepperGunShop.com - SB Tactical SB15 Pistol Stabilizing Brace – Black  AR Buffer Tube Compatibl |
| 136 | RV7 PrepperGunShop.com - Sig Sauer SBX-AR-FDE Stabilizing Brace Gen 2 AR-15 Flat Dark Earth - AR Brace |
| 137 | RV8 PrepperGunShop.com - SB Tactical SBX-K Pistol Stabilizing Brace Black - AR Brace - Pistol Braces |

2

4577608 .1

| No. | Description |
|---|---|
| 138 | RV9 PrepperGunShop.com - SB Tactical SBL Pistol Stabilizing Brace - Black AR Buffer Tube Compatible |
| 139 | RV10 PrepperGunShop.com - SB Tactical SBX-K Pistol Stabilizing Brace Black - AR Brace - Pistol Braces |
| 140 | RV11 JoeBobOutfitters.com - KAK Shockwave Blade 2.0 AR15 Pistol Stabilizing Brace wBuffer Tube - Black |
| 141 | ATF Letter 5000 (March 21, 2017) |
| 142 | ATF Letter 2012-944 (July 30, 2012) |
| 143 | ATF Letter 301029 (August 19, 2013) |
| 144 | ATF Letter 304503 (April 26, 2017) |
| 145 | ATF Letter 301138 (May 31, 2015) |
| 146 | ATF Letter 2009-1230 (October 13, 2009) |
| 147 | ATF Letter 300930 (February 12, 2014) |
| 148 | ATF Letter 301629 (January 12, 2015) |
| 149 | ATF Letter 302010 (October 28, 2014) |
| 150 | ATF Letter 302014 (December 15, 2014) |
| 151 | ATF Letter 302492 (October 28, 2014) |
| 152 | ATF Letter 302665 (March 31, 2015) |
| 153 | ATF Letter 302736 (February 11, 2015) |
| 154 | ATF Letter 306285 (October 31, 2017) |
| 155 | ATF Letter 307364 (October 31, 2017) |
| 156 | ATF Letter 304484 (June 7, 2016) |
| 157 | E. Eisenbise Report and Statement of Qualifications |
| 158 | R. Vasquez Report |
| 159 | R. Vasquez CV |

Defendant incorporates by reference all exhibits identified by the Government and reserves the right to offer any of those exhibits.  Further, Defendant reserves the right to supplement this list in the event additional exhibits become available in preparation for trial.

Respectfully submitted,

EASTMAN & SMITH LTD.

/s/ Adam S. Nightingale
Adam S. Nightingale (0079095)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio  43699-0032
Telephone:	(419) 241-6000
Fax:	(419) 247-1777
E-Mail:	asnightingale@eastmansmith.com

Attorney for Defendant Kelland Wright

## PROOF OF SERVICE

This is to certify that a copy of the foregoing has been served by electronic mail on this 25th day of September, 2018.  Notice of this filing then will be sent to all parties by operation of the Court's electronic filing system.

/s/ Adam S. Nightingale
Attorney for Defendant Kelland Wright

4

4577608 .1