IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  3:18CR162 |
| Plaintiff, | ) | HON. JUDGE JAMES G. CARR |
| v. | ) | GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS |
| KELLAND WRIGHT | ) | |
| Defendant. | ) | |

NOW COMES the United States of America, by its counsel, Justin E. Herdman, United States Attorney, and Noah P. Hood and Jody L. King, Assistant U.S. Attorneys, and requests that the following questions be submitted to the pool of prospective jurors during voir dire:

1. Do you have strong feelings regarding the Toledo Police Department or Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)?

2. The United States Supreme Court has held that the Second Amendment's right to keep and bear arms "does not protect those weapons not typically possessed by law-abiding citizens for lawful purposes" such as short-barreled shotguns and short-barreled rifles.  Do you disagree with the Supreme Court's interpretation?

3. Only certain types of firearms (such as, short barreled rifles, short barreled shotguns, silencers, and machine guns) are required to be registered with the National Firearm Registration and Transfer Record.  Do you think that no firearm should ever be required to be registered with a Government registry?

4. Do you have strong feelings about the Second Amendment, one way or another?

5. Do you own an AR-style pistol?

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

        By: /s/ Noah P. Hood
        Noah P. Hood (Reg. No. MI P75564)
        Assistant United States Attorney
        Four Seagate, Suite 308
        Toledo, OH 43604
        Tel.: (419) 259-6376
        Fax: (419) 259-6360
        Noah.Hood@usdoj.gov

        By: /s/ Jody L. King
        Jody L. King (0094125)
        Assistant United States Attorney
        Four Seagate, Suite 308
        Toledo, Ohio 43604
        Phone: (419) 259-6376
        Fax: (419) 259-6360
        Email: Jody.King@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

        */s/ Noah P. Hood*
        Noah P. Hood
        Assistant U.S. Attorney