IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff

v.

Kelland Wright,

    Defendant

Case No. 3:18CR162

**VERDICT**

FILED 2018 OCT -4 PM 4:33 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

We the jury unanimously find the defendant NOT GUILTY as charged in the indictment.